ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2712
Fax. (212) 637-2750

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
JOSEFA CRUZ o/b/o               :
JOEL CRUZ,                      :
                                :
            Plaintiff,          :
                                :
      - v. -                    :
                                :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,              :   08 Civ. 5588 (PKC)
Commissioner of                 :
Social Security,                :
                                :
            Defendant.          :
                                :
- - - - - - - - - - - - - - - - x

   IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from September 8, 2008 to and including November 7, 2008.  The reason for the request is

that the administrative record has not yet been received by defendant's counsel. No prior extension has been requested in this case.

Dated: New York, New York
August 15, 2008

                                 _____
                                 JOSEFA CRUZ o/b/o
                                 JOEL CRUZ
                                 Plaintiff pro se
                                 2020 Walton Avenue, Apt.#2F
                                 Bronx, New York 10453-4107
                                 Telephone No.: (718) 583-4328

                                 MICHAEL J. GARCIA
                                 United States Attorney
                                 Southern District of New York
                                 Attorney for Defendant

                      By: _____
                                 JOHN E. GURA, JR.
                                 Assistant United States Attorney
                                 86 Chambers Street - 3rd Floor
                                 New York, New York 10007
                                 Telephone No.: (212) 637-2712
                                 John.Gura@usdoj.gov

SO ORDERED:
_____
UNITED STATES DISTRICT JUDGE